NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| S. R. B., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D15-4753 |
| | ) | |
| AGENCY FOR HEALTHCARE | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed February 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

William H. Rogner and Jason Lazarus,
Winter Park, for Appellant.

Alexander R. Boler, Tallahassee, for
Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SALARIO, JJ., Concur.